## MERCANTILE SAFE–DEPOSIT CO. v. PARKER.

(City Court of New York, General Term.   November, 1899.)

APPEAL—FAILURE TO PRESENT EXCEPTIONS.
    Where the record presents no exceptions to a ruling below, the question cannot be considered.

Appeal from trial term.

Action by the Mercantile Safe-Deposit Company against James Parker.   From a judgment for plaintiff, and an order denying a new trial, defendant appeals.   Affirmed.

Argued before CONLAN and McCARTHY, JJ.

John A. Carney, for appellant.

Alexander A. Green, for respondent.

CONLAN, J.   Appeal from a judgment in favor of the plaintiff, directed by the court, and from an order denying a motion for a new trial.   The record presents no exceptions to the ruling of the court below which we are asked to review, and we are therefore without authority to consider the question on appeal, and do not, for that reason, discuss the question at any further length.

Judgment and order appealed from affirmed, with costs.

McCARTHY, J., concurs.